IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HOT SPRINGS NATIONAL PARK HOSPITAL                                    PLAINTIFF
HOLDINGS, LLC

v.                                         NO. 4:09CV00095 JLH

PARTEE FLOORING MILL, LLP, *et al.*                                   DEFENDANTS

## ORDER

By Order dated April 14, 2009, the Court stayed this matter for a period of 90 days. The 90-day period has now expired and the stay is hereby lifted. A revised initial scheduling order will be entered in due course.

IT IS SO ORDERED this 24th day of July, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE